# United States District Court
## Northern District of New York

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:02-CV-1514 (DNH)(GJD)

JANICE SORON

- v -

LIBERTY LIFE ASSURANCE COMPANY OF
BOSTON (a/k/a Liberty Mutual), FLEET
BOSTON FINANCIAL GROUP AND FLEET
BOSTON LONG TERM DISABILITY PLAN

[ ]   Jury verdict. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[xx]   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the defendants' motion for summary judgment is denied and the plaintiff's motion for summary judgment is granted. Plaintiff is awarded the remaining benefits owed during the 24 months of the "own" occupation period. Defendants are ordered to reinstate the policy to the extent that plaintiff may submit a claim for benefits under the "any" occupation period. Plaintiff is awarded reimbursement of out-of-pocket expenses to cover the lost employee benefits she was entitled to during the remainder of the 24 months of the "own" occupation period; all in accordance with the Memorandum-Decision and Order of the Honorable David N. Hurd, United States District Judge, filed on May 2, 2005.

**May 2, 2005**
DATE

Clerk of Court

C. Mergenthaler
(BY) DEPUTY CLERK

entered on docket
May 2, 2005